No. 12-8107

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

UNITED STATES OF AMERICA,

Appellee,

v.

EARL WEBSTER COX,

Appellant.
_____

Appeal from the United States District Court
for the Eastern District of North Carolina
(Western Division)
No. 5:00-hc-02137-H-JG

The Honorable Judge Malcolm J. Howard
_____

MOTION FOR SECOND EXTENSION OF TIME TO FILE
_____


_____

Bradley L. Henry
Breeding, Lodato & Lenihan, LLC
117 Center Park Drive, Suite 201
Knoxville, TN 37922
(865) 670-8535 (phone)
(865) 670-8536 (fax)
brad@breedinglaw.com
Counsel for Defendant-EARL WEBSTER COX

- 1 -

Comes now the attorney for EARL WEBSTER COX, Bradley L. Henry, and respectfully moves this Honorable Court for an order extending the time to file the opening brief for 30 days in this case. The brief is currently due May 17, 2013, in 1 day.

Counsel was appointed this case on March 7, 2013. Prior to his appointment, counsel had no knowledge of the facts involved in this case. Due to the complex nature of the appeal, counsel requests additional time to review the case. The case includes complex psychiatric findings and voluminous amounts of exhibits.

Additionally, due to the sensitive nature of the case, most of the record was sealed and counsel has had difficulty acquiring the entire record. Counsel has just recently been able to gather the entire record, as he believes it to exist. At the hearing of this cause a notebook was submitted with extensive documents that were made part of the record, but were not specifically discussed at the hearing. These notebooks are not in the possession of the previous defense counsel or the court clerk. This has made it difficult for counsel to reconstruct the notebook as it existed at the hearing.

In addition to the practical difficulties presented by this case, and the significant number of documents involved, Counsel has started working with a new firm in New York. Counsel is required to travel frequently between

New York and Tennessee to maintain his practice. In addition to the time restraints, counsel is now responsible for roughly double the number of cases. This change has occurred during the time this appeal has been pending and has made it very difficult to spend the time needed to review this case thoroughly. Without additional time counsel will be unable to fully review the file and draft a meaningful appeal for Mr. Cox.

Counsel has contacted the United States Attorney in this case, Seth Wood, and he has no objection to the extension being granted.

Wherefore, Mr. Earl Webster Cox respectfully requests an extension of time to June 17, 2013 to file in this case.

Respectfully submitted, this the 16th day of May, 2013.

s/ Bradley L. Henry, BPR # 025447
Breeding, Lodato & Lenihan, LLC
117 Center Park Drive, Suite 201
Knoxville, TN 37922
(865) 670-8535 (phone)
(865) 670-8536 (fax)
brad@breedinglaw.com
Counsel for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I do hereby certify that on May 16, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Bradley L. Henry